CH

RECEIVED

FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Wallace R. Smith

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV1041
JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

OAKS ORTHOPEDIC Boynbons, IL
carey Ellis
Docton Harvey Docton,
corconop
Coconor, US MarshalService

Kim Wyckup, US Marshal, Montheam District IL

Federal Bareqa of Prisons

Docton Harvey, Ms. Lampios
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

  X         **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Wallace R. Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                              Case No:_____

Kankakee County Hospital Dist.    (To be supplied by the Clerk of this Court)

Kankakee County, Sue Lecuyer, en

Kankakee County Sheriff Depl,

Sheriff Timothy F. Bakowski

Chief Downey, Supervisor, CLYDE
                                DAYhoff, DO
Nurse Jean Phyele Nurse Debbie heCarty, RDJeffery (cas, mw)

Female Physician Assistant, Kristy Patterson
(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

_____      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
            U.S. Code** (state, county, or municipal defendants)

__X__       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
            28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Wallace R. Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

            vs.              Case No: _____

(To be supplied by the Clerk of this Court)

Board Members Advisors

Representives, Known or unknown suspected

or unsyspected actual or contingent

threattened, asseated or

un asseated, Cindy Last (name unknown)

OAK OHHO - Laynie Eheart, Hospital DISTRICT.

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

_____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             **U.S. Code** (state, county, or municipal defendants)

  X     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
             **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.     Plaintiff(s):**

  A.     Name: _____

  B.     Date of Birth: _____

  C      List all aliases: _____

  D.     Prisoner identification number: _____

  E.     Place of present confinement: _____

  F.     Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A.     Defendant: ① DR Carey Ellis, ② DR Corcoron, ③ Cindy - LAST name unknown

         Title: ① Doctor ② Doctor, ③ unknow

         Place of Employment: OAKs ORTHoPedic

  B.     Defendant ① OAKS ORTHOPedic, ② Kankakee
         Hospital District
         Title: _____

         Place of Employment: OAKS OrtHoPedic

  C.     Defendant: Warden Wilson

         Title: Warden

         Place of Employment: MCC - Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

**I.    Plaintiff(s):**

A.    Name: _Wallace R. Smith_

B.    Date of Birth: _March 28, 1954_

C    List all aliases: _Charles W. Smith_

D.    Prisoner identification number: _18720-424_

E.    Place of present confinement: _MCC-Chicago_

F.    Address: _71 W. VanBuren St, Chicago, IL 60605_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Timothy F. Bukowski_

       Title: _Sheriff_

       Place of Employment: _Kankakee County._

B.    Defendant: _Chief Downey_

       Title: _Chief Kankakee County Jail_

       Place of Employment: _Kankakee County Sheriff's_
       _① Jean Flagode, ② Anne Lehrant ⑥_

C.    Defendant: _① Nurse Syprango-Jong, ② Nurse Debbie McCart, ④ Sue Lecuyer_
       _⑤_
       Title: _① Nurse Syprunion, ② Nurse, ③ Nurse, ④ Sue R.se_

       Place of Employment: _Kankakee County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

I.   **Plaintiff(s):**

   A.   Name: _____

   B.   Date of Birth: _____

   C   List all aliases: _____

   D.   Prisoner identification number: _____

   E.   Place of present confinement: _____

   F.   Address: _____

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth,
   aliases, I.D. number, place of confinement, and current address according to the above format
   on a separate sheet of paper.)

II.   **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official
   position in the second blank, and his or her place of employment in the third blank. Space
   for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Unknown Female Kristy Patterson, ② 'Clyde Dahda, 3 Jeffrey Long

   Title: Physcion's Assistant, ② Doctor, ③ Doctor

   Place of Employment: Kankakee County Jail

   B.   Defendant: Kim Wyckup

   Title: US Marshal Northern District Illinois

   Place of Employment: US Marshal Service

   C.   Defendant: Doctor Harvey, Ms Lamping

   Title: Doctor, Administrator

   Place of Employment: MCC - Chicago

   (If you have more than three defendants, then all additional defendants must be listed
   according to the above format on a separate sheet of paper.)

Revised 5/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ① *Charles W. Smith V Dominick's Finer Foods* ② *Charles W Smith V Tennymc Caine t all 07 C 5735*

B. Approximate date of filing lawsuit: *1-6/2005 / 9/17/2007*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ① *Charles W. Smith* ② *Charles W. Smith*

D. List all defendants: ① *Dominick's Finer Foods* *Tennymc Caine t all*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ① *Northern District* ② *Northern District*

F. Name of judge to whom case was assigned: ① *Judge Hart* ② *Judge Manning*

G. Basic claim made: ① *Violations work rules* ② *Inadequate ongotest Treatment*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ① *Pending* ② *Pending*

I. Approximate date of disposition: *None*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

BEGINING IN OR AROUND OCTOBER 17, 2007 PLAINTIFF SENT MEDICAL SICK CALL SLIPS TO THE MEDICAL STAFF. PLAINTIFF'S, SICK CALLS, ADVISED THAT PLAINTIFF WAS SUFFERING EXTREME CHEST PAINS, SHORTNESS OF BREATH. PLAINTIFF FURTHER ADVISED THAT HE HAD PREVIOUSLY SUFFERED CORONARY DISEASE. PLAINTIFF ADVISED THAT HE UNDERWENT A PRIOR ANGIOPLASTY PROCEDURE. RESULTING IN THE PLACEMENT OF THREE STENTS IN HIS ARTERIES. PLAINTIFF FURTHER ADVISED THAT HE SUFFERED FROM DIABETES AND HIGH BLOOD PRESSURE, ALL OF PLAINTIFFS REQUEST. WERE IGNORED. ON JANUARY 3, 2008 WHILE BEING EXAMINNED BY DOCTOR, PAUL HARVEY, PLAINTIFF COMPLAINED OF SUFFERE CHEST PAIN, SHORTNESS OF BREATH. DOCTOR, HARVEY, STATED "SMITH STOP FAKING AND REFUSED TO ADDRESS THE SYMPTOMS. FROM JANUAR UNTIL JANUARY 11, 2008 PLAINTIFF CONTINUED TO COMPLAIN

4

IV.    **Statement of Claim:** Continued

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

OAKS ORTHOPEDIC, Doctor's ELLIS, COCKONO + Cindy discriminated against Plaintiff due to his status as an inmate. IF Plaintiff was not an inmate he would not have been denied treatment. Plaintiffs Rights have been egregiously denied. In addition OAKS ORTHOpedic, Doctor's ELLIS, Cockonoy Cindy Chief Downey, Nurse Jane, Jean Debolt, Sue, Sheriff Bukowski, Kankakee County, US Marshal Kim Wykep, US Marshal Service, entered into a Conspiracy to deny Plaintiff his Rights to proper medical Care. Plaintiff Still has not had the Surgery causing Plaintiff additional + unnecessary suffering. On Or About August 30, 2007 Sixteen vicodins Prescribed for the Plaintiff disappeared. Causing Plaintiff great pain without relief. Medicines was Stolen at Kankakee, Complained, but did not Receive a Reply. Back X Rays revealed degenerative disc disease. Pain was so Severe Plaintiff could not Walk or breath properly, Once again due to Wallout fr

4 b

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Doctor HARVEY, Ms. MAR shall Wycup and the Federal Bureau of Prisons are Conspiring to deny Plaintiff his Rights to Receive adequate and Proper medical care.

Plaintiff is not being treated for the Severe pain he suffers due to his disability. Plaintiff has not received proper care for his left shoulder, hands + Right wrist. Plaintiff constantly make request but Doctor Harvey, choses to ignore the Plaintiff due to race. The pain is so Severe Plaintiff can't sleep and has difficulty ambulating Doctor Harvey discriminates against Plaintiff due to Race. Therefore Plaintiff seeks + prays for a Judgement for Pain + Suffering Punitive Damages for the outright disregard for the Plaintiffs rights by the Defendants.

Waller L Freeman

4C

Revised 5/2007

AND FILE MEDICAL CALL SLIPS THAT WENT IGNORED
ON JANUARY 11, 2008 WHILE SPEAKING WITH CASE
MANAGER, MS. MARTINEZ, I ADVISED HER THAT I WAS
EXPERIENCING SEVERE CHEST PAINS, SHORTNESS OF BREATH,
IMMEDIATELY, MS. MARTINEZ, PICKED UP THE PHONE
AND CALLED MEDICAL. LT. CMDR. LAMPING ANSWERED THE PHONE.
LTCMDR. LAMPING, WAS THEN APPRAISED OF THE PLAINTIFFS,
MEDICAL CRISIS. LTCMDR. LAMPING WAS MORE CONCERNED AS TO
WHY PLAINTIFF, DID NOT COME TO MEDICAL TO RECEIVE HIS
INSULIN, THAT MORNING, INSTEAD OF THE CHRISIS AT HAND
AFTER SOME VERBAL RANGLING LTCMDR LAMPING ADVISED MS MARTINEZ
THAT PLAINTIFF COULD COME TO MEDICAL AT 1200 HRS.
DOCTOR NOWAKOWSKI, EXAMINED PLAINTIFF AND SENT HIM TO HOSPITAL
PLAINTIFF WAS TAKEN TO THONEK HOSPITAL, CHICAGO, IL. FROM
JANUARY 11 THRU JAN 16, TEST DONE AT THONEK REVEALED A
SEVERELY CLOGGED ARTERY, ON JANUARY 18, 2008 PLAINTIFF WAS
TRANSFERED TO SWEDISH COVENANT HOSPITAL, CHICAGO, IL. PLAINTIFF UNDERWENT
ANGIOPLASTY TO UNCLOG ANTERIES. TWO STENTS NEED TO BE PLACED IN PLAINTIFFS
ANTERIES. PLAINTIFF WAS NOT FAKING. ON JANUARY 18, 2008 PLAINTIFF
RETURNED TO MCC-CHICAGO. DOCTOR, PAUL HARVEY, CONSULTED WITH PLAINTIFF REGARDING
MEDICATIONS. PLAINTIFF ADVISED DOCTOR HARVEY ABOUT THE NEED FOR STOMACH MEDICATION
DOCTOR HARVEY, ASSURED PLAINTIFF THAT HE WOULD BE RECEIVING STOMACH MEDICATION
PLAINTIFF DID NOT RECEIVE MEDICATION FOR 48 HRS. CAUSING SEVERE STOMACH PAIN,
VOMITING BLOOD, SEVERE EMOTIONAL STRESS, ~~BECAUSE THE NEEDS OF UNDERGOING~~

Revised 5/2007

AN ANGIOPLASTY. PLAINTIFF WAS UNABLE TO EAT FOR 48 HRS. DUE TO LACK OF
STOMACH MEDICATIONS. PLAINTIFF THEN WAS UNABLE TO RECEIVE HIS ~~INSULIN~~ REQUIRED
INSULIN. BECAUSE PLAINTIFF DID NOT WANT HIS BLOOD SUGAR TO CRASH. LACK OF
INSULIN CAUSED HEADACHES, MUSCLE CRAMPS AND ANXIETY

V. Statement of Claim :

Plaintiff files in the official and individual capacity of the Defendants who are listed as Persons in this action. Plaintiff files in the official capacity in Regards to the United States Marshal Service, Federal Bureq of Prisons, Kankakee County Sheriffs, Kankakee County, Oaks Orthopedic. Plaintiff states equitable Relief sought and makes demand for a Jury trial. Plaintiff has been in the Joint custody of Kankakee County Sheriffs, United State Marshal Service, Federal Bureqy of Prisons

1 Plaintiff has been in the custody of the United States Marshal Service since April 16, 2007 at which time Plaintiff was whare housed at Jerome Combs Detention Center. In the custody of the Kankakee County Sheriffs. Plaintiff was housed in general population with state inmates and was exposed to Violence, threats and various unchecked medical conditions.

2 Plaintiff was transfered to MCC-Chicago on Sept. 6, 2007. After filing numerous Medical Grievances, Complaints, that went unanswered. The Plaintiff is presently in the care of the Federal Bureqy of Prison

3 Plaintiff has Severe medical issues, and Physical disability And ailments

4. Plaintiff brought to the attention these issues to the Medical Staff at Jerome Combs Detention Center, and the MCC-Chicago upon being admitted to each facility Plaintiff was screened.

5. All Defendants deliberatly And were indiffrent to Plaintiffs Serious Medical And Physical Needs Said Defendants failed to take Remedial action after Serious Medical And Physical needs was brought Forth

6. Defendants failed to provide adequate medical care in violation of Eighth, Fourteenth Amendent Rights, Due Process and Liberty Intrest Violations

7. As a result of these and more violations Plaintiff suffered pain, emotional distress, Future medical complications are expected.

8. Delayed Medical Care by all parties in that the policy at the Bureau of Prisons, Kankakee County, is in adequate and caused injury to Plaintiff. Plaintiff seeks a Monell Claim against BOP, and all claims against Kankakee County.

9. Federal Prisoners, Medical Care is inadequate as well as Kankakee County, violated Plaintiffs Constitutional Rights of the Eighth and Fourteenth amendments. The Bureau of Prisons, Kankakee County, US Marshal Service, failed to take Remidial action after known Serious Medical and Physical conditions were brought forth

10. Marshal, Kankakee Policy and medical Care Standards are in violation of Constitutional Standards and Federal, State Statutes, Laws, and Regulations.

11. Marshal + Kankakee Policy and Medical Standards are in Place Place and not followed making the policies inadequate and worthless

12. Marshal Policy and Kakakee Policy has caused Injury to plaintiff Great Pain And Suffering, Mental Anguish and future harm and Death.

13. Pain Medication was Denied and Requests ignored for Pain Medication from April till present.

14. Plaintiff was delayed medical Care with Great Pain and suffering for Non Medical Purpose and No Penologic Justification.

15. Plaintiff experienced extreme pain and suffering after being incompetently treated by Contractor of the Government

16. Sick Calls Slips, Cop-outs, Grievances were ignored at Kankakee, and MCC-Chicago Causing Plaintiff unbearable Pain and suffering and Mental Anguish.

17. Letters to Chief Downey, Kankakee, Warden Wilson MCC-Chicago and US Marshal Kim Widcop Went ignored

18 Other Federal Prisoners have similar stories in Regards to lack of adequate medical care caus. Serious injuries, cronic conditions that cause pain and Suffering, and mental anguish

19 Kankakee County, US Marshal Service has a histoi of Inmate ignored medical needs And has shown a pattern of inadequate policy and treatments

20 Plaintiff has fear of worsening medical and Physical conditions and even death causing Severe Mental anguish. As a Result of the eight amendment violations suffered by the hands of all Defendants

21 Plaintiff was treated unprofessionaly by all Defendants

22 All medical + physical ailments have increased severly since my incarceration causing severe emotional distress.

23 US Marshal Service, Kankakee Sheriffs Deparment, Kankakee County, are Negligent in Allowing untrained, unlicensed, Correctional Officers to dispense medications including insulin to inmates. In direct violation of Federal, and state statues. The incompetence of the untrained, Licensed, Correctional officers, has caused mistakes in dispensing of plaintiffs medication In addittion to errovers dispensig of Plaintiffs Blood Pressure, And Diabatic medication to another inmate

Curtis Smith. When mistakes in dispensing of medications was made, The mistake could not be immediatly remedyed due to the fact the Corectional Officers are unlicensed and untrain. Causing Plantiff undue delay in receiving medicati such as days without proper medicatioss. Causing the Plantiff Illness, Pain, Emotional stress and the possibility of Long term consequences

24  The US Marshal Service and The Federal Bureau of Prisons are Negligent allowing Defendant Docton, Paul Harvey to dispense inadequate medicatio. Or none to treat his ailments or Pain

25  Since Plantiff has been incancenated in MCC-Chicago Plantiff has been diagnosed with anema due to inadequate medical care, and medicines

26  Plantiff continues to be treated unProfessionaly by all Defendants

23  Defendants continue to make cruel and humilating remarks that results in dileborately indiffrent medical treatment.

The Plantiff further alleges that all Defendants were

1  Negligent

2  Breached their Fiducary Duties

3 Committed Fraud

4 Medical Malpractice

5 Conspiracy

6 RICO

7 Intentional Inflication of Emotional Distress

8 Heinious Torture

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Now Comes Plaintiff Wallace R. Smith, filing lawsuit versus the following. County of Kankakee, Sheriff Timothy F. Bukowski, Chief Downey Supervisor Nurse Joan, Elysede Patterson, Nurse Debbie, McCarty Kristy Patterson male Physicians Assistant. Sheriff's Past + Present, Employees, Board Members, Attorney's, Advisors, Consultants, Representative whether known or unknown, suspected, or unsuspected, threatened asserted, or unp asserted, actual or contingent. Doctor Ellis, Doctor Cockroron, OAKS Orthopedic, Bourbonis, I.C., Cindy, OAKS or United States Marshal, Kim Lockup, Northern District Illinois, US Marshal Service, Federal Bureau Prison, Doctor Harvey. Ms. Lampir? Laurie Eheart,

On April 16, 2007 Plaintiff Wallace R. Smith was placed in the custody of the United States Marshal Service. Marshal Service Warehoused Smith, at the Kankakee County Jail, Kankakee, IL. Due to Plaintiff's Severe medical, Physical + Mental Health Plaintiff never should v been warehouse at Kankakee. Marshal's

Wallace R. Smith

4 A

Plaintiff observed incorrect medications in the packet. Two Diabetes Pills were missing + Replaced with Blood Pressure medications. This mistake could have been deadly. I advised office C/o Parnell who advised he knew nothing about medicines. That was not his JOB!!! I went the whole weekend without Diabetic medication due to the unavailability of the Medical Staff. I had severe headaches, vomiting and Nausea. On June 29, 30, 2007 upon Receipt of my 4PM medicine Packets one pill was missing. High Blood Pressure pill called Lopressor. C/o Brass witnessed the fact. Once again I went for Two days without Proper medications. I was sick the both days head aches, eye pain. During my stay at Kankakee this happened again on July 30, 2007. On OR About August 15, 2007 at 4PM my packer of medicine Two Blood Pressure, Two Diabetic Pills was given to Federal Inmate Curtis SMITH. Curtis SMITH. Does not Need these medications. He could have died. Furthermore, Plaintiff, did not Receive his medication. Kankakee County, Chief Downey, Sheriff Bukowsky, Sheriff's Department, US Marshal Kim Wykap, US Marshal Service are all aware of the Negligence regarding the dispensing of medications to inmates. Correction officers are Not Licensed or trained to dispense medications. Yet all the Above Allow this to continue unchecked. Placing all inmates in Harms way. Nurse Debbie McCreary, without Authorization She is prohibited by Law, upped ꟷ Plaintiff's Insulin units. Only A Physician or Assistant may do this. She once again caused me to be Sick.

Plaintiff was Sent to Oaks Orthopedics, Bourbonnais, IL at which time he was Seen by Doctor Ellis. Doctor Ellis, Administered Cortizone shots to Left shoulder + Both Hands. He ordered an MRI. Oaks Orthopedics Discriminated against Plaintiff when he was denied An MRI by Cindy Due to his inmate status. Plaintiff suffered needlessly for three weeks when St. Mary's performed MRI, on his Left Shoulder. Results revealed impingement syndrom and Torn rotator cuffs. Dr ELLIS Recommended surgery on Left shoulder + Both hands. Dr ELLIS Prescribed the Pain Medication Vicodin for the Severe pain. Dr ELLIS Recommended I see his Associate Doctor Cockeran, who would perform the surgery. On August 04, 2007 Plaintiff was taken to Oaks Orthopedic in order to be examined by Dr. Cockeran, for surgery. Dr Cockeran Refused to examine the Plaintiff. When I requested to speak with him he Refused. I asked his Assistant Why? She advised he does not examine inmates, and he would not talk with me. I was taken back to Detention Center. No Dallor  +  h (59) Follow up appt. was scheduled to this Day These or the surgery I continue to suffer needless

Service was Negligent (Grossly) when Smith was Warehoused at Kankakee. Marshal's Service was well aware of the Negligent Medical Care, and No Mental Healthcare at Kankakee. Due to the Numerous Lawsarts filed by other previously Warehoused Inmates. On or About APRIL 20, 2007 I was Scheduled to visit with a Physician. When Plaintiff was taken to Medical, he was told that Kristy Patterson female that would examine him was a Physician. Which was a bold face lie, in actuality she was (is) a Physician's Assistant. On or about May 25 (4/25/07), 2007 BloodLabs was drawn due to my senere medical health. Nurse Debbie attempted to start an intraveneous line. She attempted eight times. she was unsuccessful the pain was dreadful. Nurse Debbie (party) smelled of Alcohol, I demanded she stop. Nurse Jane (Jean flag note) completed the task in one try. When I told her nurse Debbie (incorrect), Smelled of Alcohol and her eyes was bloodshot Nurse Jean (agent) Just laughed and stated "That's Nurse Debbie" On or About June 15, 2007 Test Results Revealed that Plaintiffs Kidney's were failing. The female (Patterson) Physician's Assistant Read the Results INCORRECTLY and advised the Kidney's are fine. Subsequently she left me on two medications that are adverse to the Kidney's. Two weeks letter when she realized her error the PA took Plaintiff off The Two Medications. Way to Late
Oalloe + _____ 5 A
Over

the conspiracy between parties Plaintiff was left to suffer severe pain and did not receive treatment. Once again violating the Plaintiff's Right to Receive proper medical care. On Sept 6, 2007 Plaintiff was transfered from Kankakee, County Jail to MCC-chicago. Kankakee, County Jail has a policy that inmates effects must be retrieved in thirty day from the time of transfer including any Comissery, that was ordered. Plaintiff had thirty BRAND new books left at Kankakee C/O COKSY adurse Plaintiff, that he Packed books and stored them. IN addittion 23+dollars worth of Commissary. I signed a Receipt that MS. Kari J. Sweeney would pickup my effects within 30 day. MS. Sweeney made three trips to Jerome Combs, Detention Center in order to retrieve Plaintiffs effects MS. Sweeney never received Books or Comissary, she was told that books, comissery could not be located. Plaintiff sent letters return receipt to Chief Downey, Sheriff Backowski, Marshal Wyckup. Plus numerous calls from MS. Sweeney that Plaintiffs effects were missing. and that Plaintiff wanted his books Comissary on to be reimbursed. Plaintiff or MS Sweeney Wallace know none oorl

5A

has still Requested that an Investigation be initiated as to the theft of Plaintiff's personal effects, STILL NO RESPONSE.

Plaintiff finds that the theft of his property while in the custody of a Law Enforcement agency is ludicrous and that a cover up is going on. Once again Plaintiff's rights have been violated and the conspirators don't care. Plaintiff want full reimbursement for his property including g p s + tolls plus damages. I further request that a true Investigation be initiated into the theft of the Vicodin.

Since Sept. 6, 2007 Plaintiff has been housed at MCC-Chicago. Plaintiff's medical care continues to be negligent. Doctor Harvey, who is African American discriminates against Plaintiff due to his Race. Doctor Harvey, provides better care and treatment tow African American, Inmates, then he does for Caucasian In Namely the Plaintiff. Plaintiff has been diagnosed as anemic, with High cholesterol. Doctor Harvey refuses to address these serious issues. In addition the Plaintiff has had surgery, in the past to Remove Basil cell Melanonas malignant melanoma Plaintiff now has growths that Doctor Harvey refuses to send Plaintiff to see a specialist. The lack of treatment could be fatal to the Plaintiff. In addition Plaintiff is an Insulin dependent diabetic with a severe deformity to his Right foot + Ankle, + Toes. In addition Plaintiff is missing one Blood vessel in his Right foot. Plaintiff has requested in writing + verbal for Numerous ocassions to be sent to a specialist for his foot condition. Doctor Harvey Refuses. Yet he send another Inmate who is African American to A specialist for Bunions. Plaintiff is a high risk for Amputation due to his deformity loss of Blood vessel, and diabetes. Yet Doctor Harvey Continues to discriminate against Plaintiff due to Plaintiff's Race. Wallace R. [signature]

Plaintiff has sent a request to MsLamping Requesting that Plaintiffs Medical care, be switched from Doctor, Harvey, to the other Physcian on staff. In adddition petion Plaintiff further advised MsLampings Regarding Plaintiffs feeling his medical care is lacking. Furthermore, Plaintiff requested to see a Physcian, Regarding concerns about his medical conditions, care, medicines, disability. Plaintiff was scheduled on Dec. 14, 2007 @ 1300hrs. Plaintiff was not even seen by a Physcian Assistent, but an unknow white male RN, THE RN was a temp who was nasty, unproffessional, sarcastic, and did not address Plaintiff's concerns Furthermore, he advised Plaintiff, that "I don't care about you, you are a con and it will be going back to Levenworth Prison Tommoow". He did take a Stool sample, inorder to check my amemec conditon. He refused to provide inmate with results. Due to this the Untreaty anemia I am constantly tired, and I sleep all the time. On or About Dec. 17, 2007 Plaintiff sent another cop-out, requesr, to MS Lamping. The request was once again to visit with a Physician, inorder to discuss my Concerns regarding my health issues. In adddition on Dec. 17, 2007 I Presented another Medical Request Form. my pleas are just ignored.

Wallace f.        5C

**V.   Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff Requests that the Court ORDER: MCC-Chicago. US Marshal Service, Federal Bureau of Prisons, to provide the following Surgery to Left Shoulder, Both Hands. Visit with specialists for his Severe Medical Issues + Physical Disabilities. Proper Medications to ensure Plaintiffs Health. Three Million Dollars in damages Order an Investigation into theft of Personal Effects Commisary, Prior Medications Any + All other Relief the Court Deems Fit

**VI.   The plaintiff demands that the case be tried by a jury.**  ☐ YES   ☒ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___27___ day of ___Dec___, 20_07_

*(Wallace R. Smith)*

_____
(Signature of plaintiff or plaintiffs)

Wallace R. Smith
(Print name)

18720-424
(I.D. Number)

Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605
(Address)

6

Revised 5/2007