**FILED**
KC
FEB 20 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Wallace R. Smith

08CV1041
JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN

V.

Defendant(s) Sheriff Tim Bukowski, Chief Dawsey, Kankakee Sheriff Dept. + County, US Marshal Keith Wycup, US Marshals Svc, Federal Bureau of Prisons, Wardens Wilson, Med-Chief's Dr. Doctor Harmony, Hospital District, Doctor and Nurse Coroner EEO's, Asst. Medical (Staff p.a.), Jerome Combs Detention, Warden, Warden Pa Linda Kaeding, Oaks on the P.A., Cindy, et al.

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Wallace R. Smith _____, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [✗] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✗] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Wallace R. Smith
Movant's Signature

Dec. 27, 2007
Date

71 W. Van Buren ST
Street Address

Chicago, IL 60605
City, State, ZIP