## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1041 | **DATE** | February 28, 2008 |
| **CASE TITLE** | Wallace R. Smith (#18720-424) vs. Oaks Orthopedic, et al. | | |

**DOCKET ENTRY TEXT:**

The instant complaint is dismissed as duplicative of *Smith v. Kankakee County Hospital District, et al.*, Case No. 08 C 0816 (N.D. Ill.) The plaintiff's motion for appointment of counsel [#4] is denied as moot.

■ [**For further details see text below.**]      Docketing to mail notices.

### STATEMENT

      The plaintiff, a federal prisoner, has submitted a *pro se* civil rights complaint purportedly pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971). The plaintiff claims that he has received constitutionally inadequate medical care at both the Kankakee County Jail and the Metropolitan Correctional Center.

      A review of the court's docket reflects that the plaintiff already has a complaint on file raising the same, basic claims against many of the same defendants. *See Smith v. Kankakee County Hospital District, et al.*, Case No. 08 C 0816 (N.D. Ill.) In fact, the instant complaint bears the same signature date as the first complaint on file. In addition, as the new complaint is unaccompanied by a motion for leave to proceed *in forma pauperis*, it would appear that the plaintiff's intent was to file an amended complaint in Case No. 08 C 0816 rather than initiate a second lawsuit [and incur a second filing fee].

      For the foregoing reasons, the above-captioned case is dismissed as duplicative of Case Number 08 C 0816. Dismissal is without prejudice to setting forth all claims against all defendants in the first-filed case. All pleadings and motions should bear the 08 C 0816 case number so that a new case is not opened. An amended complaint would be subject, of course, to the court's required threshold review under 28 U.S.C. § 1915A.

mjm