UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALLACE R. SMITH ) | |
| ) | |
| VS. ) | Case No. 08 C 1041 |
| ) | |
| OAKS ORTHOPEDIC ET AL. ) | |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

The above-captioned case having been assigned to the calendar of Judge Gottschall in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar of Judge Manning. The reasons for the reassignment are indicated on the reverse side.

MICHAEL W. DOBBINS, CLERK

Dated:  February 25, 2008          Cynthia Mercado, Deputy Clerk

### ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the above-captioned case be and the same hereby is to the calendar of Judge Manning.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Dated:  FEB 2 5 2008

Chief Judge

Local Rule 40.3(b)(1)

Case was assigned by lot to Judge Gottschall in error. Plaintiff is an inmate who has filed a prior 'conditions of confinement' case (08cv816). Therefore, under the above-cited rule, this case should have been assigned directly to the calendar of Judge Manning who was assigned to his prior 'conditions of confinement' case.

